NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1385, -1488, -1521, -1566, 2009-1005

U.S. PHILIPS CORPORATION,

Plaintiff-Appellee,

v.

INTERNATIONAL NORCENT TECHNOLOGY, INC.
and NORCENT HOLDINGS, INC.,

Defendants-Appellants,

and

JENNIFER LONG,

Defendant-Appellant.

Appeals from the United States District Court for the Central District of California
in case no. 2:06-CV-01366, Judge Manuel L. Real.

## ORDER

The court notes that Jennifer Long has not filed a status report within the time set by the court's December 16, 2008 order.

Upon consideration thereof

IT IS ORDERED THAT:

Long is directed to file a status report within 30 days of the date of this order and every 90 days thereafter and, if the automatic stay is lifted or the bankruptcy proceedings conclude, to inform the court within 14 days thereafter. When the automatic stay is lifted or bankruptcy proceedings conclude, Long should also respond (a) whether appeal 2009-1005 has become moot, (b) whether the United States District

Court for the Central District of California has ruled on all pending motions, and (c) whether these appeals should remain deactivated. Any other party may file a status report or respond to a status report.

FOR THE COURT

FEB 2 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frank A. DeCosta, III, Esq.
Bruce G. Chapman, Esq.
Kenneth L. Wilton, Esq.
Anthony A. Friedman, Esq.
Shu Zhi Ju
David B. Golubchik, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 6 2010

JAN HORBALY
CLERK

2009-1141, -1155                    2